# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2887
LT Case No. 2009-CF-001016-A

———————————————

MICHAEL L. DUNCAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.800 appeal from the Circuit Court for Duval County.
Lindsay Tygart, Judge.

Michael L. Duncan, Madison, pro se.

Ashley Moody, Attorney General, and Steven E. Woods, Assistant Attorney General, Tallahassee, for Appellee.

December 26, 2023

PER CURIAM.

    AFFIRMED.  *See* Fla. R. App. P. 9.315(a).

LAMBERT, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____